UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| JOHN FRANCIS HANZEL | ) | |
| | ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. The defendant made and subscribed a U.S. Individual Income Tax Return, Form 1040, for the 2012 calendar year that was false as to a material matter in that the return understated the defendant's total income on Line 22.

2. U.S. Individual Income Tax Return, Form 1040, for the 2012 calendar year contained a written declaration that it was made under the penalties of perjury.

3. The defendant did not believe the U.S. Individual Income Tax Return, Form 1040, for the 2012 calendar year to be true and correct as to every material matter.

4. The defendant falsely subscribed to the U.S. Individual Income Tax Return, Form 1040, for the 2012 calendar year willfully, with the specific intent to violate the law.

5. The tax loss associated with false tax returns filed by defendant for the years 2011, 2012, 2013, and 2014 is $37,375.40, $51,349.37, $28,249.53, and $14,938, respectively. The total tax loss for years 2011 through 2014 is $131,912.30.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

*[signature]*
Jenny G. Sugar
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

*[signature]*            DATED: 10/23/19
Elizabeth Blackwood, Attorney for Defendant