IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CR-081-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JOHN FRANCIS HANZEL, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Seal Physician's Letter" (Document No. 34) filed August 14, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Physician's Letter contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and noting no objection from the government, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Seal Physician's Letter" (Document No. 34) is **GRANTED**, and Defendant's Physician's Letter (Document No. 33) is sealed until further Order of this Court.

Signed: August 17, 2020

David C. Keesler
United States Magistrate Judge